# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

DIANNA J. VALLEY                                                                                    PLAINTIFF

V.                                      NO. 4:10CV01393 JTR

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 29th DAY OF November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE